IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| FRANCIS JOSEPH JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 120760C |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

A case management conference was scheduled at 3:00 p.m. on November 13, 2012, to consider Plaintiff's appeal. On October 29, 2012, the court sent notice of the scheduled case management conference to Plaintiff's representative at the email address provided to the court. The notice was not returned as undeliverable. The notice advised that if Plaintiff's representative did not appear, the court might dismiss the appeal.

On November 13, 2012, the court sent Plaintiff's representative a letter which explained the importance of diligently pursuing an appeal. That letter was not returned as undeliverable. The letter advised that if Plaintiff's representative did not provide a written explanation by November 28, 2012, for his failure to appear, the court would dismiss the appeal. As of this date, Plaintiff's representative has not submitted a written response to the court explaining his failure to appear at the November 13, 2012, case management conference. Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution. Now, therefore,

/ / /

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ____ day of December 2012.


_____
DAN ROBINSON
MAGISTRATE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This Decision was signed by Magistrate Dan Robinson on December 3, 2012. The court filed and entered this Decision on December 3, 2012.*